[Nos. 17297-0-III; 18201-1-III.   Division Three.   January 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT
STACEY FREY, *Appellant.*

*In the Matter of the Personal Restraint of* VINCENT
STACEY FREY, *Petitioner.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-01906-1, Salvatore F. Cozza, J.,
entered March 5, 1998, together with a petition for relief
from personal restraint. Judgment *affirmed in part, re-
versed in part* and *remanded,* and petition *denied* by un-
published opinion per Schultheis, J., concurred in by
Brown, A.C.J., and Sweeney, J.

[No. 17761-1-III.   Division Three.   January 27, 2000.]

RICHARD H. SHAW, *Respondent*, v. BRUCE R. GILBERT, ET
AL., *Appellants.*

Appeal from a judgment of the Superior Court for Grant
County, No. 95-2-00060-2, Jack Burchard, J., entered July
13, 1998. *Affirmed* by unpublished opinion per Brown,
A.C.J., concurred in by Schultheis and Kato, JJ.

[No. 17799-8-III.   Division Three.   January 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY J.
HEINEN, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-1-01770-8, Tari S. Eitzen, J.,
entered August 14, 1998. *Affirmed* by unpublished opinion
per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.